

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL OMEGA HARDY,<br><br>    Petitioner,<br><br>    v.<br><br>PAM AHLIN, Executive Director,<br><br>    Respondent. | Case No. CV 08-07067 JSL (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*. IT IS ORDERED that:

1. In his Objections, Petitioner argues he should be allowed to proceed because the claims raised in his pending Petition are exhausted. However, Petitioner's Objections also confirm that, at the time he filed the instant Petition, he still had two habeas petitions pending before the state courts, and that a state habeas petition raising a new issue is still pending in the San Luis Obispo Superior Court. (Objections at 4:14-19.) As explained in the R&R, the fact that he is still actively pursuing habeas relief in the state courts renders his pending Petition subject to dismissal without prejudice because, if he is granted relief by the state courts, Petitioner's need for relief from this Court would be moot and eliminate the need for federal habeas relief from this Court. R&R at 2:15-3:15. Accordingly, the Objections are overruled and the R&R is approved and adopted.

2. Judgment shall be entered denying the Petition and dismissing this action without prejudice.

3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

*Spencer Letts*

DATED: Dec. 8, 2008

_____
J. SPENCER LETTS
SENIOR DISTRICT JUDGE