ENT JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL OMEGA HARDY,<br><br>    Petitioner,<br><br>    v.<br><br>PAM AHLIN, Executive Director,<br><br>    Respondent. | Case No. CV 08-07067 JSL (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the Magistrate Judge's Report and Recommendation.

DATED: Dec. 8, 2008

_Spencer Letts_
J. SPENCER LETTS
SENIOR DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK U.S. DISTRICT COURT
DEC - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___